# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. 1:13-cv-01459-LJO-SKO |
| Plaintiff, | **ORDER FOR A SUPPLEMENTAL BRIEF OR DECLARATION** |
| v. | (Doc. 9) |
| JOSE JAIME ANDRADE PEREZ, dba LATINO'S BAR, | |
| Defendant. | |

Plaintiff J & J Sports Productions, Inc. ("Plaintiff") seeks entry of default judgment against Defendant Jose Jaime Andrade Perez ("Defendant"), individually and doing business as Latino's Bar. (Doc. 1, 9.) In its motion for default judgment, Plaintiff contends that Defendant "failed to respond to Plaintiff's duly served complaint." (Doc. 9-1, 8:21-22.) Plaintiff filed an executed summons indicating Defendant was served under the Federal Rules of Civil Procedure[1] on December 17, 2013, by substituted service at a business located at 2142 Mitchell Road, Suite B, Ceres, California ("Mitchell Road location"). (Doc. 5.) Lajla Shackelford, a registered process server working for Rezac Meyer Attorney Service, filed a declaration stating that personal service of Defendant at the Mitchell Road location was unsuccessfully attempted on December 12, 14, and

---

[1] Federal Rule of Civil Procedure 4(e) permits service pursuant to state law, which allows substituted service at a defendant's usual place of business. *See* California Code of Civil Procedure § 415.20(b).

17, 2013, and copies of the complaint and summons were left on December 17, 2013, with Maria "Doe," a person at the business appearing to be in charge. (Doc. 5.) The complaint and summons were then mailed to the Mitchell Road location on December 18, 2013. (Doc. 5.)

The basis for attempted service on Defendant at the Mitchell Road location appears predicated on Plaintiff's assertion in the complaint that Defendant is the sole individual specifically identified on the California Department of Alcoholic Beverage and Control ("ABC") license that was issued for the Latino's Bar located at 2142 Mitchell Road, Ceres, California. The Court, however, has reservations about the sufficiency of service on Defendant at that location. The California ABC website indicates that, at the time of service of the complaint in December 2013, the liquor license identified by Plaintiff and allegedly held by Defendant, was "canceled" and had been canceled since March 8, 2013. Given that the liquor license appears to be the sole basis for service of Defendant at the Mitchell Road location, and because the license was apparently canceled at the time of service of the complaint, it is not clear that Defendant was still associated with the business at the Mitchell Road location at the time of substituted service on December 17, 2013. Other than the canceled liquor license, there is no indication in Plaintiff's motion for default judgment whether the Latino's Bar at the Mitchell Road location constituted Defendant's usual place of business in December 2013 such that it was a proper place to attempt service.

Accordingly, IT IS HEREBY ORDERED that, within seven (7) days of this order, Plaintiff shall file supplemental brief or a supplemental declaration explaining why substituted service at 2142 Mitchell Road, Ceres, California, constitutes proper service on Defendant.

IT IS SO ORDERED.

Dated:   **April 22, 2014**             /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE